```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :   ORDER
                                  :
BRANDON BECKER and                :   S3 19 Cr. 704 (LAP)
STEVEN SHORT,                     :
                                  :
               Defendants.        :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, an *ex parte* application has been made by the United States of America requesting an order of the Court directing the unsealing of: (1) the S3 Superseding Indictment in this case (the "S3 Indictment"); (2) the order of the Court dated July 6, 2021, providing for the limited unsealing of the S3 Indictment; and (3) the Government's application in support of the limited unsealing order of July 6, 2021; and

WHEREAS, the Court finds that there no longer remains any reason for the enumerated documents to remain sealed;

IT IS HEREBY ORDERED that the following documents are unsealed: (1) the S3 Indictment; (2) the order of the Court dated July 6, 2021, providing for the limited unsealing of the S3 Indictment; and (3) the Government's application in support of the limited unsealing order of July 6, 2021.

1

SO ORDERED:

Dated:   New York, New York
         July  8  , 2021

_____
JAMES L. COTT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                             :

UNITED STATES OF AMERICA
                                             :

    - v. -                           <u>APPLICATION FOR</u>
                                              :        <u>UNSEALING</u>
BRANDON BECKER and
STEVEN SHORT,                          :        S3 19 Cr. 704 (LAP)

            Defendants.      :

- - - - - - - - - - - - - - - - - X

        DAVID RAYMOND LEWIS hereby affirms, under penalty of perjury and pursuant to Title 28, United States Code, Section 1746, as follows:

     1.    I am an Assistant United States Attorney in the office of Audrey Strauss, United States Attorney for the Southern District of New York, and I am familiar with this matter. By this affirmation, the Government applies *ex parte* for an order of the Court unsealing: (1) the S3 Superseding Indictment in this case (the "S3 Indictment"), (2) the order of the Court dated July 6, 2021, providing for the limited unsealing of the S3 Indictment; and (3) the Government's application in support of the limited unsealing order of July 6, 2021.

     2.    On June 28, 2021, the S3 Indictment was returned by the grand jury and filed under seal. A sealed arrest warrant was also issued at that time for STEVEN SHORT, the defendant. The undersigned is now informed that federal officers have executed

that arrest warrant and arrested SHORT.  Accordingly, there is no longer any reason for the S3 Indictment or the other enumerated documents to remain sealed.

3. No prior request for the relief set forth herein has been made.

Dated: New York, New York
July 8, 2021

_____
DAVID RAYMOND LEWIS
Assistant United States Attorney
Southern District of New York
(212) 637-2397