UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :    <u>SEALED ORDER</u>
                                  :
BRANDON BECKER and                :    S3 19 Cr. 704 (LAP)
STEVEN SHORT,                     :
                                  :
           Defendants.            :
- - - - - - - - - - - - - - - - - x

       WHEREAS, an *ex parte* application has been made by the United States of America requesting an order of the Court directing the limited unsealing of the S3 Superseding Indictment in this case (the "S3 Indictment") for the limited purpose of providing copies of the S3 Indictment to the U.S. Attorney's Office for the Southern District of New York, and to such other U.S. Attorney's Office and law enforcement personnel as are needed to effect the arrest and initial processing of STEVEN SHORT, the defendant;

       WHEREAS, the Court finds that the limited unsealing of the S3 Indictment for the limited purposes described above serves the interests of justice;

       IT IS HEREBY ORDERED that the S3 Indictment is unsealed solely for the limited purpose of providing copies of the S3 Indictment to the U.S. Attorney's Office for the Southern

District of New York, and to such other U.S. Attorney's Office and law enforcement personnel as are needed to effect the arrest and initial processing of STEVEN SHORT, the defendant

SO ORDERED:

Dated: New York, New York
       July __6__, 2021

_____
JAMES L. COTT
United States Magistrate Judge