```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :   19 Cr. 704 (LAP)
                    Plaintiff(s),   :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
Steven Short,                       :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on July 27, 2022 at 10:00 a.m. for oral argument in the above-captioned action.

SO ORDERED.

_____
Loretta A. Preska, Senior U.S.D.J.

Dated:    New York, New York
          June 16, 2022