**LAW OFFICE OF
ROBERT ECKARD
& ASSOCIATES, P.A.**
*A Professional Association*

**MAIN OFFICE**
3110 Palm Harbor Boulevard
Palm Harbor, FL 34683

Telephone: (727) 772-1941
Facsimile: (727) 771-7940
www.RobertEckardLaw.com

Robert D. Eckard*+1 2 4 5 6 8 9 0 # @
LL.M. International Law and Business
*Board Certified Business Litigation*
email: Robert@RobertEckardLaw.com

Sheila Skellie*
email: Sheila@RobertEckardLaw.com

Drew K. Patterson*+2
email: Drew@RobertEckardLaw.com

Georganna E. Frantzis*+
email: Georganna@RobertEckardLaw.com

Licensed to Practice:
-All Florida State Courts*
-Middle District of FL
    -Federal Court+
    -Bankruptcy Court[1]
-Southern District of FL
    -Federal Court[2]
    -Bankruptcy Court[3]
-United States Supreme Court[4]
-United States Court of Intl Trade[5]
-United States Tax Court[6]
-District of Columbia[8]
-Northern District of Florida[9]
-11th Circuit Court of appeals[0]
-Former Assistant State Attorney#
-All Texas State Courts@



June 30, 2022
(FILED CM/ECF)

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Argument is adjourned to August 2, 2022, at 10:00 a.m.

SO ORDERED.
*Loretta A. Preska*
7/1/2022

**Re: United States v Steven Short, S3 19 CR.704 (LAP)
Defendant, Steve Short's, Unopposed Motion to
Continue Oral Arguments scheduled for
July 27, 2022 (Dkt. 124)**

Dear Judge Preska:

I have been waiting as long as I could to determine whether I was able to resolve a calendar conflict I have with the Court's Order (Dkt.124) dated June 16, 2022, for oral arguments in this matter on July 27, 2022, however I am not able to resolve my calendar conflict and am unable to appear for the hearing scheduled for July 27, 2022. My calendar conflict arises from a very complicated and protracted Florida State domestic violence injunction case that has been reset for final hearing two previous times by the state court trial judge. The case style is *Farantatos v Coloutes*, Case Number 22-DR-003282 (Hillsborough County Circuit Court, Tampa, FL). On May 31, 2022, the Florida State Circuit Judge scheduled this case for two separate days of hearings, July 25 and July 26. Without elaborating on the complexities of that case (which I would be happy to do should this Honorable Court require further information), there is also a half day court hearing on Respondent's Motion to Disqualify Opposing Counsel due to conflict of interest which has become a case in and of itself and a mini trial on that issue with experts. I do not anticipate this Florida state domestic violence state court concluding on July 26, but even if it is, I will not likely be able to schedule a flight to New York and arrive in time for the 10 am hearing on July 27, 2022.

I have discussed this with Assistant United States Attorney David Lewis and the United States <u>does not oppose</u> this motion to continue the July 27, 2022, hearing. If the Court will grant this motion to continue the parties respectfully submit the following jointly proposed dates: July 29, August 1, August 2 or August 10, if any of those dates are acceptable to the Court.

Letter to the Hon. Loretta Preska, USDJ
Case Number S319-cr 704
Defendant, Steven Short's, Unopposed Motion
to Continue July 27, 2022 Hearing
Page 2 of 2; June 30, 2022

---

    Thank you in advance for your consideration on this matter Your Honor.

        Sincerely,

        **FOR THE FIRM,**

        Robert D. Eckard, B.C.S.
        *Counsel for Defendant Steven Short*

RDE/sr
cc:    David Lewis, AUSA (By ECF)
        Vlad Vainberg, AUSA (By ECF)
        Jeffrey Schwartz, Esq. (By ECF)