# ROBERT ECKARD
# & ASSOCIATES, P.A.
ATTORNEYS AT LAW

Reply To: **Robert D. Eckard, B.C.S.**
*Florida Bar Board Certified, Business Litigation*
LL.M. International and Business Law
*Also licensed in Texas and Washington D.C.
3110 Palm Harbor Blvd.
Palm Harbor, FL 34683
Telephone: (727) 772-1941
Facsimile: (727) 771-1940
Robert@RobertEckardLaw.com

April 21, 2023

*Granted*
*SO ORDERED*
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/24/23

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:  *United States v. Short*, S3 19 CR.704 (LAP)
Defendant, Steven Short's Unopposed Letter Motion to Amend Sentencing Memorandum Filed on Behalf of Steven Short to Correct Scrivener's Errors
Our Matter:  7480-2109

Dear Judge Preska:

As you will recall I represent Defendant, Steven Short, in the above-styled matter. Sentencing is scheduled for Tuesday, May 2, 2023, at 10:00 a.m. before Your Honor. I write to respectfully request leave of Court to amend the *Sentencing Memorandum on Behalf of Steven Short and Order Probation To Revise and Correct Pre-Sentence Investigative Report for Factual Inaccuracies and/or Omissions* filed on Tuesday, April 18, 2023 (Dkt. 161) to correct the below referenced scrivener's errors only. I believe that these corrections will facilitate a better, accurate and grammatically correct understanding of Mr. Short's Sentencing Memorandum. I would like to correct the following scrivener's errors:

| PAGE | ORIGINAL | PROPOSED CHANGE |
|---|---|---|
| Page 1 – Title | OMMISSIONS | OMISSIONS |
| Page 3 – | my rock in my strength | my rock and my strength |
|  | on **Amir**, child | on **a mere** child |
|  | what he was responsible | what, he was responsible |
|  | **way** on the shoulders | **weight** on the shoulders |
|  | endure. The many men | endure the many men |
|  | **to head** | **that had** |
| (Letter from Sandra Short-Hutchins) | | |
| Page 4 – | to his dad About | to his dad. About |
|  | by-pass Steve | by-pass, Steve |
| (Letter from Jane Short) | | |

*USA v. Steven Short*
Our Matter No.: 7480-2109
April 21, 2023
Page 2

| Page | Error | Correction |
|---|---|---|
| Page 4 – | all right | alright |
| | big deal | "big deal" |
| | for me **and** just **as** | for me just |
| (Letter from Lauren Whitby) | | |
| Page 4 – | brother to **my** two | brother to two |
| Page 5 – | care of **her…of** his | care of **his** |
| (Letter from Jane Volr) | | |
| Page 5 | **are** other acquaintances | **and** other acquaintances |
| (Letter from Holly Short) | | |
| Page 6 – | court, repentant | Court repentant |
| Page 13 – | **sever** depression | **severe** depression |
| Page 14 – | **the** paragraph 8 of the | Paragraph 8 of the |
| Page 26 – | BREIR | BREIER |
| Page 29 – | as a child. He witnessed | as a child, he witnessed |
| Page 30 – | asst | asset |
| | therefor | therefore |
| | entiries | entireties |
| | ordred | ordered |
| Page 31 – | releaase | release |
| | sbmits top randum urin | submits two random urine |
| | vilated | violated |
| | disclosre | disclosure |
| | druge | drugs |
| | chargesed | charged |
| | crime charge or | crime charged or |
| Page 32 – | releaase | release |
| | pornographty | pornography |
| | and plead guilty | and pled guilty |
| | **addition** of any find | **addiction** of any kind |
| | uinbdersignbed | undersigned |
| Page 33 – | Defendant's Objection | Defendant's Objections |

These scrivener's errors resulted from an incomplete spell check (fly-specking) performed by my associate and myself in our review prior to filing.

*USA v. Steven Short*
Our Matter No.: 7480-2109
April 21, 2023
Page 3

      I conferred with Assistant United States Attorney David Lewis and he has no objection to this motion for leave to amend these scrivener's errors only. **I am not requesting** permission to change the Sentencing Memorandum in any substantive manner.

      Thank you in advance for your prompt attention to this matter Your Honor.

                **Respectfully,**

                **Robert D. Eckard**
                **Counsel for Steven Short**

RDE/sks
Enc.
ec:    David Lewis, AUSA (By ECF)
       Vlad Vainberg, AUSA (By ECF)
       Sarah Lai, AUSA (By ECF)
       Counsel for Defendant Brandon Becker (by ECF)
       Client (via email only)