UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Short,

              Movant,

-against-

United States of America,

              Respondent.

No. 24 CV 3976 (LAP)
No. 19 CR 0704 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Movant Steven Short's request for leave to amend his petition under 28 U.S.C. § 2255.  (See dkt. no. 6.)  Specifically, Movant seeks the Court's leave to file an amended petition under Federal Rule of Civil Procedure 15(a)(2) and, alternatively, argues that he is entitled to amendment as a matter of course pursuant to Rule 15(a)(1)(B).  The Government shall file any response by no later than August 23, 2024.

The Clerk of the Court is directed to mail a copy of this order to Mr. Short.

**SO ORDERED.**

Dated:    August 20, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge