```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x
                                      :
STEVEN SHORT,                         :
          Petitioner,                 :
                                      :  24 CV 3976 (LAP)
     -against-                        :  19 CR 0704 (LAP)
                                      :
UNITED STATES OF AMERICA,             :  ORDER
                                      :
          Respondent.                 :
                                      :
--------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    On August 28, 2024, the Court directed Mr. Short to file a proposed amended petition to determine whether the proposed amendment relates back to the original petition under Federal Rule of Civil Procedure 15(c) and is thus timely. (See dkt. no. 9 at 2.) On September 4, 2024, Mr. Short filed a proposed amended petition. (See dkt. no. 10.) Should the Government wish to supplement its opposition on the issue of relation back, it shall do so no later than October 7, 2024. Mr. Short shall file any reply no later than November 4, 2024. The Clerk of the Court is directed to mail a copy of this order to Mr. Short.

**SO ORDERED.**

Dated:    New York, New York
            September 16, 2024

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge