UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>STEVEN SHORT,<br><br>                    Defendants. | 19-CR-00704 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Defendant's motion to take judicial notice, (dkt. no. 275). The Government shall respond by April 30, 2025. To the extent that Defendant wishes to reply, he shall do so no later than May 21, 2025.

**SO ORDERED.**

Dated:   New York, New York
         April 9, 2025

         _____
         LORETTA A. PRESKA
         Senior United States District Judge