UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-against-<br><br>STEVEN SHORT,<br><br>      Defendants. | 19-CR-704 (LAP); 24-CV-3976 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

  The Court is in receipt of Defendant's letter requesting an extension of 45 days to file his reply, (dkt. no. 19). The request is granted. Defendant shall file his reply no later than September 15, 2025.

**SO ORDERED.**

Dated: New York, New York
    July 31, 2025

           _____
           LORETTA A. PRESKA
           Senior United States District Judge

---

[1] All citations refer to the docket of 24-CV-3976.